CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>Joel Villasenor-Garcia<br>YOB: 1973; Citizen of Mexico | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-00284MJ |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(1)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 19, 2021, at or near Douglas, in the District of Arizona, **Joel Villasenor-Garcia**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on December 16, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1), a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Joel Villasenor-Garcia** is a citizen of Mexico. On December 16, 2020, **Joel Villasenor-Garcia** was lawfully denied admission, excluded, deported and removed from the United States through Brownsville, Texas. On May 19, 2021, agents found **Joel Villasenor-Garcia** in the United States at or near Douglas, Arizona, without the proper immigration documents. **Joel Villasenor-Garcia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is<br>CJC3/AJC<br>AUTHORIZED AUSA /s/Christopher J. Curran | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew J. Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 20, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54